### DOVE *v.* MAXWELL *et al.*

BELL, Justice. The bill of exceptions as brought by the defendant assigns error only upon a judgment sustaining demurrers to the answer and cross-bill of the defendant and dismissing the same. *Held:*

1. The judgment complained of is not such a final judgment as may be reviewed by direct bill of exceptions. Accordingly, the motion to dismiss the writ of error must be sustained. *Bellinger* v. *Eblin,* 158 *Ga.* 657 (124 S. E. 137); *White* v. *Chisolm,* 160 *Ga.* 177 (127 S. E. 140); *Daniel* v. *Chastaine,* 177 *Ga.* 730 (2) (171 S. E. 373); *Gilbert* v. *Tippens,* 183 *Ga.* 497 (188 S. E. 699).

2. The request for leave to treat the official copy of the bill of exceptions of file in the court below as exceptions pendente lite is denied. *United Glass Co.* v. *McConnell,* 110 *Ga.* 616 (2) (36 S. E. 58); *Harvey* v. *Bowles,* 112 *Ga.* 421 (2) (37 S. E. 364); *Berryman* v. *Haden,* 112 *Ga.* 752 (4) (38 S. E. 53); *Drake* v. *Drake,* 181 *Ga.* 844 (184 S. E. 699);

*Thomasville Iron Works* v. *Clark*, 16 *Ga. App.* 537 (2) (85 S. E. 674);
*Hines* v. *Jolly*, 24 *Ga. App.* 201 (100 S. E. 638).
*Writ of error dismissed. All the Justices concur.*
No. 11845. June 16, 1937.

*B. B. Garland,* for plaintiff in error.
*D. T. Pye* and *A. E. Wilson,* contra.